IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| WILLIAM G. LADEWIG, | ) | 20-09392 |
| LEE A. LADEWIG, | ) | |
| | ) | |
| Debtors. | ) | |

### NOTICE OF MOTION

TO:   Mr. Lincoln King , Via CM/ECF
Mr. Arthur Rummler, Via CM/ECF
Office of US Trustee, Via CM/ECF

SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **7th day of May, 2021** at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JANET S. BAER, Bankruptcy Judge or before such other Judge as may be sitting in her place and stead, and then and there present the attached Motion of Gina B. Krol, Chapter 7 Trustee, to Modify Order Authorizing Sale of Debtor's Interest in Real Property, at which time and place you may appear, if you so see fit

**PLEASE TAKE NOTICE THAT THIS MOTION WILL BE PRESENTED AND HEARD ELECTRONICALLY USING ZOOM FOR GOVERNMENT.** No personal appearance in court is necessary or permitted. To appear and be heard electronically on the motion, you must do the following:

**To appear by video,** use this link: https://www.zomgov.com/. Then entry the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971and the password is 5752. The meeting ID and password can also be found on the Judge's page on the Court's website.

**IF YOU OBJECT TO THIS MOTION** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

By: /s/ Gina B. Krol
Gina B. Krol
105 W. Madison St., Ste. 1100
Chicago, Illinois 60602
312-368-0300

**CERTIFICATE OF SERVICE**

I, Gina B. Krol, an attorney, state that on April 12, 2021, pursuant to Local Rule 9013-1(D), the above **NOTICE OF MOTION** and the **MOTION TO MODIFY ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN REAL PROPERTY** were filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated.

/s/ Gina B. Krol

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-09392<br>Northern District of Illinois<br>Eastern Division<br>Thu Aug 20 11:09:39 CDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | BMO Harris Bank NA<br>PO Box 2035<br>Milwaukee, WI 53201-2035 |
| Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Elmhurst Memorial Hospital<br>28930 Network Place<br>Chicago, IL 60673-1289 | Illinois Department of Human Servic<br>PO Box 19407<br>Springfield, IL 62794-9407 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Lee A Ladewig<br>228 South Addison<br>Lombard, IL 60148-3140 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | William G Ladewig Jr.<br>228 South Addison<br>Lombard, IL 60148-3140 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield IL 62794-9035 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                   28 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| WILLIAM G. LADEWIG, JR., | ) | |
| LEE A. LADEWIG, | ) | 20-09392 |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S MOTION MODIFY ORDER AUTHORIZING HER TO ACCEPT DEBTORS' OFFER TO PURCHASE ESTATE'S RIGHT, TITLE AND INTEREST IN REAL PROPERTY**

TO THE HONORABLE JANET S. BAER
    BANKRUPTCY JUDGE

NOW COMES GINA B. KROL, Chapter 7 Trustee herein, through her Attorneys Cohen & Krol, and respectfully represents unto this Honorable Court as follows:

1. April 16, 2020, the above-captioned Debtors filed their voluntary petition for relief pursuant to Chapter 7 of the United States.

2. Gina B. Krol is the duly authorized, qualified and acting Chapter 7 trustee herein.

3. The Debtors are the owners of real property commonly known as 228 S. Addison Ave., Lombard, IL. This is the Debtors' primary residence.

4. On September 18, 2020, this Honorable Court entered an order authorizing the Trustee to accept the Debtors' offer to purchase their right, title and interest in the afore-mentioned real estate for the sum of $65,000.00.  A copy of that order is attached hereto.

5. The Trustee and the Debtors had agreed that the sale would be funded within 90 days from the entry of the order.

6. It was anticipated and fully expected that the Debtors would obtain a loan from a family member to fund the sale.

7. After several months of discussions and demands, it became apparent that the Debtors were not able to fully fund the sale.  The Trustee has been in constant communication with Debtors' attorney as well as the attorney for the family member.

8. Prior to filing the original motion, the Trustee had obtained a broker's opinion of value on this property and has been advised that a reasonable listing price for the residence would be between $230,000 and $250,000.00.

9. The Debtors' residence is more than 30 years old, has a non-functional swimming pool and is in need of repair.

10. The Debtors have a first mortgage against the real property in the approximate amount of $113,755.00,

11. The Debtors claimed a homestead exemption in the amount of $30,000.00 pursuant to 735 ILCS 5/12-901.  Further, no one has objected to said claim of exemption.

12. Upon the sale of the property, the Trustee would incur reasonable and customary costs of sale in the approximate amount of $18,400.00 (assuming 8% of a $230,000 sale price).

13. The Debtors are older and are unable to relocate.  They desire to retain their interest in the residence and have modified their offer to purchase the Estate's right title and interest in the residence for the sum of $35,000.00, to be paid immediately upon the entry of an order authorizing same.  The sale of the Estate's interest in the property is "subject to" any and all liens, claims and encumbrances of any kind.

14. The Trustee believes, in her business judgment, that the acceptance of the Debtors' offer is fair and reasonable and in the best interests of creditors of the Estate.

WHEREFORE GINA B. KROL, prays for the entry of an order modifying this Court's order of September 18, 2021, authorizing her to accept the Debtors' offer of $35,000.00 to purchase the Estate's right, title and interest in the real property commonly known as 228 S. Addison Ave., Lombard, IL, subject to any and all liens, claims and encumbrances of any kind, and for such other and further relief as this Court shall deem proper.

| | |
|---|---|
| GINA B. KROL<br>COHEN & KROL<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602<br>312/368-0300 | GINA B. KROL, Chapter 7 Trustee<br><br>By:   /s/ Gina B. Krol<br>One of Her Attorneys |